So ordered.
/s/Amanda M. Knapp
U.S. Magistrate Judge
May 19, 2023

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| KYLE WRIGHT, | ) | CASE NO: 5:22-CV-1442 |
| | ) | |
| Plaintiff, | ) | JUDGE: JOHN R. ADAMS |
| | ) | MAGISTRATE: AMANDA K. |
| | ) | KNAPP |
| | ) | |
| | ) | |
| vs. | ) | **STIPULATED NOTICE OF** |
| | ) | **DISMISSAL WITH PREJUDICE** |
| AUTOZONERS, LLC, | ) | |
| Defendants. | | |

The parties, by and through undersigned counsel, hereby stipulate and provide notice to the Court and all parties that this matter has been dismissed, *with prejudice*. Parties to bear their own attorney's fees and costs. Court shall retain jurisdiction over the resolution of this matter.

Respectfully submitted,

| */s/ Fred M. Bean* | */s/ Eric L. Zalud* |
|---|---|
| Fred M. Bean (0086756) | Eric L. Zalud, Esq.(0038959) |
| Taurean J. Shattuck (0097364) | Richard E. Hepp, Esq. (0090448) |
| **SPITZ, THE EMPLOYEE'S LAW FIRM** | BENESCH FRIEDLANDER COPLAN & |
| 25825 Science Park Drive, Suite 200 | ARONOFF LLP 200 Public Square, Suite 2300 |
| Beachwood, OH 44122 | Cleveland, OH 44114 Telephone: 216-363-4500 |
| Phone: (216) 291-4744 | Facsimile: 216-363-4588 Email: |
| Fax: (216) 291-5744 | ezalud@Beneschlaw.com |
| Email: Fred.Bean@SpitzLawFirm.com | |
| Taurean.Shattuck@SpitzLawFirm.com | Laurie M. Riley |
| | Admitted *Pro Hac Vice* |
| *Attorney for Plaintiff* | 201 South Biscayne Boulevard, Suite 3000 |
| | Miami, FL 33131 |
| | Telephone: 305-679-5728 |
| | Facsimile: 305-679-5816 |
| | Email: lriley@joneswalker.com |